UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:2023-cr-80150-Rosenberg/Reinhart

18 U.S.C. § 1709
18 U.S.C. § 513(a)
18 U.S.C. § 981(a)(1)(C)

FILED BY SW D.C.
AUG 17 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA

v.

APRIL HUFF,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1. TD Bank, N.A. ("TD Bank") was a financial institution that operated in interstate and foreign commerce. The deposits of TD Bank were insured by the Federal Deposit Insurance Corporation ("FDIC"). TD Bank was an "organization," as defined by Title 18, United States Code, Section 513(c)(4).

2. Bank of America, N.A. ("Bank of America") was a financial institution that operated in interstate and foreign commerce. The deposits of Bank of America were insured by the FDIC. Bank of America was an "organization," as defined by Title 18, United States Code, Section 513(c)(4).

3. American Express National Bank ("American Express") was a financial institution that operated in interstate and foreign commerce. The deposits of American Express were insured by the FDIC. American Express was an "organization," as defined by Title 18, United States Code,

Section 513(c)(4).

4. Victim 1, a husband and wife referred to collectively herein as "Victim 1," held a joint checking account with TD Bank. From approximately January 21, 2022 through May 10, 2022, Victim 1 lived at and had their mail forwarded to an address in Delray Beach, Florida, 33445.

5. Victim 2, a resident of Jupiter, Florida, held a checking account with Bank of America.

6. Victim 3, a resident of Deerfield Beach, Florida, owned a corporation that held a checking account with American Express.

## COUNT 1
### Theft of Mail by a Postal Service Employee
### (18 U.S.C. § 1709)

From in or around January 2022, and continuing through in or around February 2022, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, the defendant,

**APRIL HUFF,**

while being a United States Postal service employee, did knowingly embezzle any letter, postal card, package, bag, mail, and any article and thing contained therein, that is, two flat packages containing blank checks numbered 176 through 375 and issued on Victim 1's TD Bank checking account, which had been entrusted to the defendant and came into her possession intended to be conveyed by mail, and carried and delivered by an employee of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 2
### Theft of Mail by a Postal Service Employee
### (18 U.S.C. § 1709)

On or about May 13, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**APRIL HUFF,**

while being a United States Postal service employee, did knowingly embezzle any letter, postal card, package, bag, mail, and any article and thing contained therein, that is, one flat package containing 80 blank checks issued on Victim 3's American Express checking account, which had been entrusted to the defendant and came into her possession intended to be conveyed by mail, and carried and delivered by an employee of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNTS 3-13
### Passing Forged Obligations of an Organization
### (18 U.S.C. § 513(a))

1. Paragraphs 1-6 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2. On or about the date specified as to each count below, in Palm Beach County, in the Southern District of Florida, the defendant,

**APRIL HUFF,**

did knowingly utter and possess a forged security of an organization that operated in and affected interstate commerce, as more particularly described in each count below, with the intent to deceive another person and organization:

| Count | Approximate Date | Security and Organization |
|---|---|---|
| 3 | March 7, 2022 | Check #205, made payable to April Huff, drawn on Victim 1's TD Bank checking account in the approximate amount of $150.00 |
| 4 | March 28, 2022 | Check #177, made payable to April Huff, drawn on Victim 1's TD Bank checking account in the approximate amount of $150.00 |

| Count | Approximate Date | Security and Organization |
|---|---|---|
| 5 | April 1, 2022 | Check #5969, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $125.00 |
| 6 | April 4, 2022 | Check #5942, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $206.00 |
| 7 | April 21, 2022 | Check #5944, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $208.00 |
| 8 | May 5, 2022 | Check #5946, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $108.12 |
| 9 | May 13, 2022 | Check #101, made payable to April Huff, drawn on Victim 3's American Express checking account in the approximate amount of $250.00 |
| 10 | May 16, 2022 | Check #5945, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $218.00 |
| 11 | May 31, 2022 | Check #5955, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $218.00 |
| 12 | July 4, 2022 | Check #5965, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $250.00 |
| 13 | July 15, 2022 | Check #5964, made payable to April Huff, drawn on Victim 2's Bank of America checking account in the approximate amount of $250.00 |

In violation of Title 18, United States Code, Section 513(a).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **APRIL HUFF**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 513(a), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 9:2023-cr-80150-Rosenberg/Reinhart

v.

APRIL HUFF

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Alexandra Chase*
ALEXANDRA CHASE
Assistant United States Attorney
Court ID No.   A5501746

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: April Huff

Case No: 9:2023-cr-80150-Rosenberg/Reinhart

Counts #: 1-2

Theft of mail by a Postal Service employee

18 U.S.C. § 1709
* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Counts #: 3-13

Passing a forged obligation of an organization

18 U.S.C. § 513(a)
* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.